**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMELO SANCHEZ FLORES,<br><br>              Petitioner,<br><br>    v.<br><br>CHARLES W. CALLAHAN, Warden,<br><br>              Respondent. | Case No. SACV 18-0543-RSWL(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records herein and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

    **IT IS ORDERED** that Judgment shall be entered conditionally granting the Petition, directing Respondent to release Petitioner and discharge him from all adverse consequences of his conviction and sentence in Orange County Superior Court Case No. 12NF1891 unless the State of California elects to grant Petitioner a new

trial within ninety (90) days from the entry of judgment herein, or such further time as reasonably allowed under state law.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 16, 2020        s/ RONALD S.W. LEW
                            RONALD S. W. LEW
                            UNITED STATES DISTRICT JUDGE