JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMELO SANCHEZ FLORES,<br><br>        Petitioner,<br><br>  v.<br><br>CHARLES W. CALLAHAN, Warden,<br><br>        Respondent. | Case No. SACV 18-0543-RSWL(AS)<br><br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is conditionally granted. Within ninety (90) days of the entry of Judgment herein, or such further time as reasonably allowed under state law, Respondent

shall release Petitioner unless, within that period of time, the State of California elects to grant Petitioner a new trial.

DATED: June 16, 2020       s/ RONALD S.W. LEW
                                        RONALD S. W. LEW
                                        UNITED STATES DISTRICT JUDGE